# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JOSE DE JESUS GONZALEZ CORTES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-1176-SLP** |
| | ) | |
| **RUSSELL HOLT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Petitioner, Jose de Jesus Gonzalez Cortes, a Mexican citizen proceeding with counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE").[1] (Doc. 1). United States District Judge Scott L. Palk referred the matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). (Doc. 3). The undersigned has examined Petitioner's petition for writ of habeas corpus and now orders as follows:

1. **Not later than 14 days**,[2] Respondents shall file an answer, motion, or other response consistent with Rule 5 of the Rules Governing Section 2254 Cases.[3]

---

[1] Petitioner is housed at Cimarron Correctional Facility in Cushing, Oklahoma. (Doc. 1, at 2).

[2] The due dates outlined in this Order are not subject to the stay in General Order 25-8. (Doc. 3, at 1) ("Notwithstanding Temporary General Order 25-8, the Court DIRECTS the United States to submit any filings as may be ordered by the Magistrate Judge.").

[3] The Court may apply the Rules Governing 28 U.S.C. § 2254 Cases to habeas petitions arising under 28 U.S.C. § 2241. See Rule 1(b) of the Rules Governing Section 2254 Cases.

2. If Respondents file an answer or other response, Petitioner may file a reply within 7 days from the filing date. *See* Rule 5(e). If Respondents file a motion, Petitioner shall file a response within 10 days after the date the motion was filed. Any motion that is not opposed within 10 days may, in the discretion of the court, be deemed confessed. *See* LCvR 7(g).

3. The Clerk of Court is directed to send copies of the Petition (Doc. 1) and this Order to the United States Attorney for the Western District of Oklahoma on Respondent's behalf at the following address: 210 W. Park Ave., Suite 400, Oklahoma City, Oklahoma 73102.

ENTERED this 9th day of October, 2025.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE